AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 05-CV-536

Andy Kevin Robinson

v.

Charles Mule, Director, Immigration and Customs Enforcement

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the petition is dismissed without prejudice to it being re-filed in the Second Circuit Court of Appeals. Further, the request for a stay of removal is denied without prejudice to it being re-filed in the Second Circuit Court of Appeals.

Date: August 15, 2005                                        RODNEY C. EARLY,
                                                             CLERK

                                                  By:   s/Deborah M. Zeeb
                                                        Deputy Clerk